IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PFIZER INC. and UCB PHARMA GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., et al.<br><br>Defendants. | Civil Action No. 15-8226 (RMB-JS) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiffs Pfizer Inc. and UCB Pharma GmbH (collectively, "Plaintiffs") timely brought suit against Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's") on November 19, 2015, in this District, Civil Action No. 15-8226-RMB-JS, charging Dr. Reddy's with, *inter alia,* infringement of U.S. Patent Nos. 6,858,650, 7,384,980, 7,855,230, 7,985,772 and 8,338,478;

IT IS HEREBY STIPULATED by Plaintiffs and Dr. Reddy's, subject to approval of the Court:

1. All claims and counterclaims between Plaintiffs and Dr. Reddy's are dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3. The parties have entered into a settlement and license agreement with respect to their respective claims (the "Settlement and License Agreement"). Dr. Reddy's will not make, have made, use, offer for sale or sell the accused product of Dr. Reddy's in the United States except as provided for in the parties' Settlement and License Agreement.

1

4. The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Order of Dismissal.

5. This Stipulation and Order shall not act as an adjudication on the merits.

6. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: February 4, 2016

| | |
|---|---|
| GIBBONS, P.C. | BUDD LARNER, P.C. |
| s/ David E. De Lorenzi | s/ Frank D. Rodriguez |
| David DeLorenzi<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>(973) 596-4743 | Frank D. Rodriguez<br>Min Yang<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>(973) 379-4800 |

*Of Counsel:*

Dimitrios T. Drivas
Jeffery J. Oelke
James T. Trainor
Robert Counihan
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

| | |
|---|---|
| *Attorneys for Pfizer Inc. and UCB Pharma GmbH* | *Attorneys for Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.* |

**IT IS HEREBY SO ORDERED.**

Dated: February 4, 2016

_____
THE HONORABLE RENEE M. BUMB
United States District Judge
District Of New Jersey